Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Jamar Robinson
_____

_____

*Your full name*

FILED

JUN 1 6 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

### FEDERAL TORTS CLAIM ACT
### COMPLAINT

v.

UNITED STATES OF AMERICA

Civil Action No.: 3:20 CV 95
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Jamar Robinson    Inmate No.: 30170-177
Address: Fed. Corr. Inst.- Gilmer; Po Box 6000; Glenville
West Virginia 26351

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Fed. Corr. Inst.- Gilmer

A.    Is this where the events concerning your complaint took place?
☑ Yes        ☐ No

**Attachment A**

If you answered "NO," where did the events occur?

_____N/A_____

_____

_____


IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☑ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

_____

2.    Court: _____N/A_____

     _(If federal court, name the district; if state court, name the county)_

3.    Case Number: _____N/A_____

4.    Basic Claim Made/Issues Raised: __N/A_____

     _____

     _____

     _____

5.    Name of Judge(s) to whom case was assigned: __N/A_____

     _____

6.    Disposition: _____N/A_____

     _(For example, was the case dismissed? Appealed? Pending?)_

7.    Approximate date of filing lawsuit: ____N/A_____

---

_United States District Court_          8          _Northern District of West Virginia-2013_

Attachment A

8.    Approximate date of disposition. Attach copies:_____N/A_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☑ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____
_____N/A_____
_____
_____

E.    Did you exhaust **ALL** available administrative remedies?
☐ Yes        ☑ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____
_____N/A_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____
_____

Attachment A

2.    Name and location of court and case number: _____ N/A _____

_____

_____

3.    Grounds for dismissal:    □ frivolous        □ malicious
N/A    □ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____ N/A _____

5.    Approximate date of disposition: _____ N/A _____

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☑ Yes        □ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: BP Admin. System

2.    Date your claim was filed: February 2, 2019

3.    Amount of monetary damages you requested in your claim:
$1,166.50

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: August 30, 2019
ii.    Claim Number assigned to your claim: TRT-MXR-2019-05064

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        ☑ No

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____ N/A _____

_____

_____

2.    Identify the type of written claim(s) you filed: _____ N/A _____

_____

3.    Date your claim(s) were filed: _____ N/A _____

4.    Amount of monetary damages you requested in your claim(s):

_____ N/A _____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: _____ N/A _____

ii.    Claim Number assigned to your claim: _____ N/A _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.

☑ Yes        ☐ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: _August 30, 2019_

ii.    Date the agency acknowledged receipt of your request for reconsideration: _August 30, 2019_

## VI.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: Falsified Relief

Supporting Facts: FCI-Gilmer stated that the Petitioner's belongings were wiped down, fixed or reissued. None of these were preformed

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Mr. Berryman (R & D Supervisor); Ms. Debbie Stevens

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes        ☐  No

If your answer is "YES," please explain: Recieving And Delivery (R & D) Supervisor of the Federal Correctional Institution - Gilmer; Regional Counsel

CLAIM 2: Damaged Property

Attachment A

Supporting Facts: Due to a water pipe burst, the Petitioner's belongings were damaged beyond a wipe down, & fixing -Electronics

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Mr. Berryman (R & D. Supervisor)

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☑ Yes        ☐ No

If your answer is "YES," please explain: R & D Supervisor of Fed.
Corr. Inst. - Gilmore

CLAIM 3: _____
N/A

Supporting Facts: _____
N/A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☐ Yes        ☑ No

*United States District Court*          *13*          *Northern District of West Virginia-2013*

**Attachment A**

If your answer is "YES," please explain: _____ N/A _____
_____
_____
_____

CLAIM 4: _____
_____ N/A _____
_____

Supporting Facts: _____
_____ N/A _____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ N/A _____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☑ No

If your answer is "YES," please explain: _____
_____ N/A _____
_____

CLAIM 5: _____
_____ N/A _____
_____

Supporting Facts: _____
_____ N/A _____
_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?  ☐ Yes   ☑ No

If your answer is "YES," please explain: 

N/A

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. Petitioner's property which was lost or damaged are as such: G-Shock wrist watch (lost); various educational, religious, self-help and criminal litigation (i.e.) (destroyed); MP-3 music player with 600+ songs (destroyed); R-10 headphones (destroyed), All of which can NOT be "wiped down, or fixed" And was NOT "Reissued". Radio (destroyed)

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

A monetary value of $1,166.50; Replace   two-units for songs from MP-3

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Fed. Corr. Inst. - Gilmer_ on _1-10-2020_ .
    (Location)                                    (Date)

_Hamani B____
Your Signature

---

Attachment E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Samar Robinson

_____

_Your full name_

v.                                                     Civil Action No.: _____

UNITED STATES OF AMERICA

### Certificate of Service

I, Samar Robinson _____ (your name here), appearing _pro se_, hereby certify that

I have served the foregoing Tort Claim _____ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

1-10-2020 _____ (insert date here):


(List name and address of counsel for the defendant)


_____
(sign your name)